**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1729

ISRAEL ROMERO,

> Plaintiff - Appellant,

v.

META PLATFORMS INC.; MARK ZUCKERBERG, Meta Platforms Inc,

> Defendants - Appellees,

and

JANE DOE, a/k/a Iga Mariana,

> Defendant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Timothy M. Cain, Chief District Judge.  (7:23-cv-03306-TMC)

Submitted:  December 19, 2024                    Decided:  December 23, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Israel Romero, Appellant Pro Se.  Katherine Elise Munyan, New York, New York, Eric Alan Shumsky, ORRICK, HERRINGTON & SUTCLIFFE, LLP, Washington, D.C., for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Romero appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants' motion to dismiss, or in the alternative, to transfer venue of, Romero's breach of contract and tort claims, and denying Romero's motions for default judgment and for entry of default. We have reviewed the record and find no reversible error. Accordingly, we deny Romero's "Motion For Filing Of After-Discovered Fraud Pursuant To Fed. R. Civ. P. Rule 60(b)(3)" and affirm the district court's order. *Romero v. Meta Platforms Inc.*, No. 7:23-cv-03306-TMC (D.S.C. July 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*